IN THE CIRCUIT COURT FOR MILWAUKEE COUNTY, WISCONSIN

---

YASMEEN DANIEL, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE
ESTATE OF ZINA DANIEL HAUGHTON

, Plaintiff(s)

- against -

ARMSLIST, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY, BRIAN MANCINI,
BROC ELMORE, JONATHAN GIBBON, DEVIN LINN

, Defendant(s)

---

State of Pennsylvania )
) SS.:
County of Westmoreland )

### AFFIDAVIT OF SERVICE

Michael Marchalk being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Pennsylvania. That on 10/22/2015 at 2:24 PM at:
ARMSLIST, LLC
616 MAGEE AVENUE
JEANNETTE PA 15644
Deponent served:

SUMMONS AND COMPLAINT
DISCOVERY DEMANDS
ELECTRONIC FILLING NOTICE
on ARMSLIST, LLC

a domestic and/or foreign limited liability company
by delivering thereat true copies to JONATHAN GIBBON
personally, deponent knew said company so served to be the company,
described in same as said recipient and knew said individual to be the
OWNER and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30  HEIGHT: 5'7''  WEIGHT: 150  HAIR: BROWN  RACE: WHITE  SEX: MALE

SWORN TO BEFORE ME on the 23rd day of October 2015
(date)

Notary: Barbara A. Seice

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara A. Seice, Notary Public
Penn Twp., Westmoreland County
My Commission Expires Jan. 19, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Michael Marchalk  Lic. #n/a
OUR DOC# 27410
Manatt, Phelps & Phillips, LLP
7 Times Square
New York NY 10036
212-790-4640

EXHIBIT 2