IN THE CIRCUIT COURT FOR MILWAUKEE COUNTY, WISCONSIN

FILED
11-05-2015
John Barrett
Clerk of Circuit Court

Index No. 2015CV008710

YASMEEN DANIEL, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ZINA DANIEL HAUGHTON
, Plaintiff(s)

- against -

ARMSLIST, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY, BRIAN MANCINI, BROC ELMORE, JONATHAN GIBBON, DEVIN LINN
, Defendant(s)

State of Pennsylvania  )
                       ) SS.:
County of Westmoreland )

## AFFIDAVIT OF SERVICE

Michael Marchalk being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Pennsylvania. That on 10/22/2015 at 2:24 PM at:
    616 MAGEE AVENUE
    JEANNETTE PA 15644

Deponent served the:

SUMMONS AND COMPLAINT
DISCOVERY DEMANDS
ELECTRONIC FILLING NOTICE

upon JONATHAN GIBBON, by delivering true copies to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or Pennsylvania. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 30  HEIGHT: 5'7''  WEIGHT: 150  HAIR: BROWN  RACE: WHITE  SEX: MALE

_Michael Marchalk_  Lic. #n/a
Michael Marchalk

SWORN TO BEFORE ME 10-26-15

_Christina Evans_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Christina Evans, Notary Public
Penn Twp., Westmoreland County
My Commission Expires May 28, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

OUR DOC# 27411
Manatt, Phelps & Phillips, LLP
7 Times Square
New York NY 10036
212-790-4640

EXHIBIT
3