# Affidavit of Personal Service

FILED
11-05-2015
John Barrett
Clerk of Circuit Court
CASE #: 15CV8710

STATE OF WISCONSIN ◆ CIRCUIT COURT ◆ COUNTY OF MILWAUKEE

Title of Case: Yasmeen Daniel, et al. v. ARMSLIST, LLC, et al.

Documents: Summons and Complaint with attached Electronic Transmittal Letter - New Case Filing and Electronic Filing Notice, First Set of Written Interrogatories to Defendants Armslist, LLC, Brian Mancini, Broc Elmore, Jonathan Gibbon and Devin Linn Pursuant to Sec. 804.08, Wisconsin Statutes and First Request for Production of Documents Pursuant to Section 804.09 Wisconsin Statutes

PERSON SERVED: Devin Joseph Linn, Defendant

ADDRESS WHERE SERVED: N85 W6378 Fairdale Drive, Cedarburg, WI

DATE & TIME OF SERVICE: October 23, 2015 at 5:08 PM

NOTES:

FEE: $70.00

I, Sara Conrad, certify that I am an adult resident of the State of Wisconsin and not interested in, nor party to, the above titled action. I further certify that I served the authenticated document upon the person at the place on the date and at the time stated above.

SIGNATURE: _Sara A. Conrad_

Sara Conrad, Process Server

Signed and sworn to before me on November 2, 2015.

_____
Notary Public, State of Wisconsin
My commission expires 2/9/18 10/20/18

RANDY CONRAD
Notary Public
State of Wisconsin

CREAMCITY
PROCESS

500 W. Silver Spring Dr., Suite 200
Milwaukee, WI 53217
(414) 212 5323
creamcityprocess.com
creamcityprocess@gmail.com

EXHIBIT
6
PENGAD 800-631-6989



STATE OF WISCONSIN • CIRCUIT COURT • MILWAUKEE COUNTY    CASE #: 15CV8710

Title of Case:  Yasmeen Daniel, et al. v. ARMSLIST, LLC, et al.
Documents:   Summons and Complaint with attached Electronic Transmittal Letter - New Case Filing and Electronic
             Filing Notice, First Set of Written Interrogatories to Defendants Armslist, LLC, Brian Mancini, Broc
             Elmore, Jonathan Gibbon and Devin Linn Pursuant to Sec. 804.08, Wisconsin Statutes and First
             Request for Production of Documents Pursuant to Section 804.09 Wisconsin Statutes

To Serve:  Devin Linn
           N85
Address: N6378 Fairdale Drive, Cedarburg, WI  ☐ CONFIRMED Best Time:

        ☐ DNLH  per: _____  ☐ VACANT  date _____ time: _____

---

I received a copy of the document(s) stated above on the date and time indicated below:

DATE: 10/28/15          TIME: 5:08    a.m /(p.m)

SIGNATURE: X _____

PRINTED NAME: ___Devin Linn_____

        TITLE (if business): _____

        ☑ PERSONAL SERVICE      ☐ SUBSTITUTION SERVICE      ☐ CORPORATE SERVICE

        *IF SUBSTITUTION SERVICE, THE PERSON ABOVE ACCEPTS SERVICE ON THE SUBJECT'S BEHALF,
        IS 14 YEARS OLD OR OLDER & IS A COMPETANT MEMBER OF THE HOUSEHOLD.*

        RELATION TO SUBJECT: _____

                                           SERVER'S INITIALS: _____

                        Approx.                  Approx.
If no sign: M / F  Race: _____ Age: _____ Hair: _____ Height: _____ Build: SLIM / MED / HEAVY

---

Deadline.                                                               CANNON
Received: 10/23/15