YASMEEN DANIEL, individually, and YASMEEN
DANIEL, as personal representative of the ESTATE
OF ZINA DANIEL HAUGHTON,

    Plaintiffs,

v.                            Case No. 15-CV-1387-RTR

ARMSLIST, LLC, BRIAN MANCINI, BROC
ELMORE, JONATHAN GIBBON, DEVIN LINN,
ABC INS. CO., DEF INS. CO., and ESTATE OF
RADCLIFFE HAUGHTON, by his special
Administrator, Jennifer F. Valenti,

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT OF DEFENDANT, DEVIN LINN

The undersigned, counsel of record for defendant Devin Linn., furnishes the following list in compliance with Civil L.R. 7.1 and Fed.R.Civ.P. 7.1:

**1.** **The full name of every party or amicus the attorneys represent in this action:**

Peterson, Johnson & Murray, S.C. and Attorneys Terry E. Johnson and Kevin M. Fetherston represent defendant, Devin Linn.

**2.** **If such party is a corporation.**

N/A.

3.  **The names of all law firms and attorneys that are expected to appear for defendant, Devin Linn in this Court:**

Peterson, Johnson & Murray, S.C. and Attorneys Terry E. Johnson and Kevin M. Fetherston are the only attorneys expected to appear on behalf of defendant, Devin Linn.

Respectfully submitted this 17th day of December, 2015.

                                PETERSON, JOHNSON & MURRAY, S.C.
                                Attorneys for Defendant, Devin Linn

                                By: /s/ Terry E. Johnson
                                    Terry E. Johnson
                                    State Bar No. 1016704
                                    Kevin M. Fetherston
                                    State Bar No. 1084716

**P. O. ADDRESS**:
788 N. Jefferson Street, Suite 500
Milwaukee, WI 53202
414-278-8800 (phone)
414-278-0920 (fax)
tjohnson@pjmlaw.com
kfetherston@pjmlaw.com
f:\docs\098\2601\00915179.doc